854

*Harry Mahoney* and *Truman Mahoney, pro se.* Solicitor General *Fahy,* Assistant Attorney General *Tom C. Clark,* Messrs. *Robert S. Erdahl* and *William Strong* for respondent.

No. 690. KING *v.* UNITED STATES. March 5, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Emory King, pro se.* Solicitor General *Fahy,* Assistant Attorney General *Tom C. Clark,* Messrs. *Robert S. Erdahl* and *Leon Ulman* for the United States.

No. 749. HOLLAND *v.* ILLINOIS. March 5, 1945. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 782. RICCIA *v.* WELCH, SUPERINTENDENT. March 5, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *William H. Riccia, pro se.* Solicitor General *Fahy* for respondent.

No. 794. WROBEL *v.* OVERHOLSER, SUPERINTENDENT. March 5, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Rudolph Joseph Wrobel, Jr., pro se.* Solicitor General *Fahy,* Assistant Attorney General *Tom C. Clark,* Messrs. *Robert S. Erdahl* and *Irving S. Shapiro* for respondent.

No. 801. POVICH *v.* SANFORD, WARDEN. March 5, 1945. Petition for writ of certiorari to the Circuit Court